AO 245H  (Rev. 12/07) Judgment in a Criminal Case for a Petty Offense (Short Form)
Sheet 1

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO

| UNITED STATES OF AMERICA | Judgment in a Criminal Case |
|---|---|
| v. | (For a Petty Offense) — Short Form |
| ANTHONY T. ROBINSON | CM/ECF Case No. 3:24-PO-00164-CHG |
| 420 S WESTERN AVE | Case No.  OS10  E2233640 |
| SPRINGFIELD, OH 45506 | USM No. |
| | Cheryll Bennett |
| | Defendant's Attorney |

**THE DEFENDANT:** ANTHONY T. ROBINSON

☒ **THE DEFENDANT** pleaded guilty to count(s)  Amended Count 1

The defendant is adjudicated guilty of these offenses:

| Title & Section | Nature of Offense | Offense Ended | Count |
|---|---|---|---|
| 18 USC 7 & 13 and ORC 4510.12 | Operating a Motor Vehicle Without a Valid License | 10/7/24 | 1 |

☐ Count(s) _____ ☐ is ☐ are dismissed on the motion of the United States.

## CRIMINAL MONETARY PENALTIES

All criminal monetary penalty payments are to be made as directed by the court within 90 days.

| | Assessment | Fine | Processing Fee |
|---|---|---|---|
| **Total:** $75.00 | $ 5.00 | $ 70.00 | $ 0.00 |

Last Four Digits of Defendant's Soc. Sec. No.: 9168

Defendant's Year of Birth: 1991

City and State of Defendant's Residence:
SPRINGFIELD, OH

3/19/25
Date of Imposition of Judgment

Signature of Judge

Caroline H. Gentry, United States Magistrate Judge
Name and Title of Judge

3/26/25
Date